JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DANIEL HERRERA LUNA<br>Petitioner,<br>v.<br>D. MARIN, et al.,<br>Respondents. | Case No. 5:26-cv-05135-FMO-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Re: Findings and Recommendations of the Magistrate Judge,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED** and this action is **DISMISSED WITHOUT PREJUDICE**. Because the case arises under 28 U.S.C. § 2241 and does not attack a State court detention, no ruling on a certificate of appealability is required. See 28 U.S.C. § 2253(c)(1); Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008).

Date: November 3, 2026

____________/s/________________________
FERNANDO M. OLGUIN
United States District Judge